Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDDY FUNAHASHI, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-00946-MCE-EPG<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Eddy Funahashi and Ratha Nop dba Star Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: November 16, 2015        MOORE LAW FIRM, P.C.


                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Jose Escobedo

| | | |
|---|---|---|
| 1 | Dated: November 16, 2015 | GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P. |

*/s/ Mario U. Zamora*
Mario U. Zamora
Attorneys for Defendants,
Eddy Funahashi and Ratha Nop dba
Star Restaurant

## ORDER

The parties having so stipulated, and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

**Dated:  November 18, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON

Page 2